**WELLS FARGO BANK N.A., Successor to Wachovia Bank N. A., formerly known as First Union National Bank, Plaintiff–Appellee,**

v.

**Eddie D. HUNT; Teresa Hunt, a/k/a Teresa T. Hunt, Defendants–Appellants,**

and

**United States of America, acting by and through its agency Internal Revenue Service; MCM Associates, Inc., d/b/a ServPro of Southeast Greenville, Defendants.**

No. 13–2450.

United States Court of Appeals, Fourth Circuit.

Submitted: March 27, 2014.

Decided: March 31, 2014.

Eddie D. Hunt, Teresa Hunt, Appellants Pro Se. James Y. Becker, Emily H. Farr, Haynsworth, Sinkler & Boyd, PA, Columbia, South Carolina, for Appellee.

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eddie D. Hunt and Teresa Hunt appeal the district court's order remanding the underlying action to South Carolina state court. We dismiss the appeal for lack of jurisdiction.

Subject to exceptions not applicable here, "[a]n order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise." 28 U.S.C.A. § 1447(d) (West Supp.2013); *see E.D. ex rel. Darcy v. Pfizer, Inc.*, 722 F.3d 574, 581–83 (4th Cir.2013). Because the district court's order does not fall within any of the exceptions provided by § 1447, the order is not appealable.

We therefore dismiss the Hunts' appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the material before this court and argument will not aid the decisional process.

*DISMISSED.*